# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

**In re** Mountjoy Electrical Service, Inc.                **Case No.** 08-13930-BFK

**Debtor(s)**                **Chapter** 7

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 1,953.45 , currently on deposit with the Treasury of the United States, be returned to:

Brian E. Cooper
1631 Sunfire Cir
New Braunfels, TX 78130-3033

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Oct 22 2014            /s/ Brian F. Kenney
                             United States Bankruptcy Judge

                             NOTICE OF JUDGMENT OR ORDER
                             ENTERED ON DOCKET:
                             October 22, 2014

pc: Financial Administrator

[ounclmfd ver. 03/06]